# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### No. 21-1782

VICTIM RIGHTS LAW CENTER; EQUAL RIGHTS ADVOCATES; LEGAL VOICE; CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; JANE DOE, an individual by and through her mother and next friend MELISSA WHITE; ANNE DOE; SOBIA DOE; SUSAN DOE; JILL DOE; NANCY DOE; LISA DOE; MARY DOE,

*Plaintiffs-Appellants*,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Assistant Secretary for Civil Rights; U.S. DEPARTMENT OF EDUCATION,

*Defendants-Appellees*.

On Appeal from the United States District Court for the District of Massachusetts, No. 1:20-cv-11104-WGY, Hon. William G. Young

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

NATALIE A. FLEMING NOLEN
MICHAEL F. QIAN
MORRISON & FOERSTER LLP
2100 L St., NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1515

JAMES R. SIGEL
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.6948
JSigel@mofo.com

*Counsel for Plaintiffs-Appellants*
*Additional Counsel Listed on Inside Cover*

JANUARY 12, 2022

| | |
|---|---|
| EMILY MARTIN | DIANE L. ROSENFELD |
| NEENA CHAUDHRY | ATTORNEY AT LAW |
| SUNU CHANDY | 6 Everett Street, Suite 3025 |
| SHIWALI G. PATEL | Cambridge, MA 02138 |
| ELIZABETH TANG | Telephone: 617.495.5257 |
| NATIONAL WOMEN'S LAW CENTER | |
| 11 Dupont Circle, NW, Suite 800 | |
| Washington, DC 20036 | |
| Telephone: 202.588.5180 | |

*Counsel for Plaintiffs- Appellants*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), the undersigned counsel for appellant Victim Rights Law Center certifies as follows: Victim Rights Law Center is a non-profit organization with no parent corporation and no stock.

The undersigned counsel for appellant Legal Voice certifies as follows: Legal Voice is a non-profit organization with no parent corporation and no stock.

The undersigned counsel for appellant Equal Rights Advocates certifies as follows: Equal Rights Advocates is a non-profit organization with no parent corporation and no stock.

The undersigned counsel for appellant Chicago Alliance Against Sexual Exploitation certifies as follows: Chicago Alliance Against Sexual Exploitation is a non-profit organization with no parent corporation and no stock.

Dated: January 12, 2022                                                  /s/ James R. Sigel
                                                                                                       James R. Sigel

Plaintiffs-Appellants Victim Rights Law Center, Equal Rights Advocates, Legal Voice, Chicago Alliance Against Sexual Exploitation, Jane Doe, an individual by and through her mother and next friend Melissa White, Anne Doe, Sobia Doe, Susan Doe, Jill Doe, Nancy Doe, Lisa Doe, and Mary Doe move under Federal Rules of Appellate Procedure 26(b) and 27 for a 40-day extension of time in which to file their opening brief, to and including Monday, March 14, 2022. Plaintiffs-Appellants' opening brief is currently due Monday, January 31, 2022. This is the first request for an extension of time to file Plaintiffs-Appellants' opening brief. Counsel for Defendants-Appellees Miguel Angel Cardona, in his official capacity as Secretary of Education, Suzanne B. Goldberg, in her official capacity as Assistant Secretary for Civil Rights, and U.S. Department of Education stated that they do not oppose the requested extension.

Good cause exists for the requested extension. Counsel for Plaintiffs-Appellants have several other matters pending in this and other courts. Counsel have oral argument on January 13 in *LaFace v. Ralphs Grocery Company*, No. B305494, (Cal. App., 2d Dist., Div. 4); a response brief due on February 1 in *AMF Pensionsforsakring AB v. Precision Castparts Corp.*, No. 21-35516 (9th Cir.); a reply brief due on February 4 in *Sonner v. Premier Nutrition Corp.*, No. 21-15526 (9th Cir.); a response brief due on February 17 in *Luger v. Pittman*, No. CSA-REG-0701-2021 (Md. Ct. Spec. App.); a reply brief due February 28 in *Voyageur Outward*

*Bound School v. United States*, No. 20-5097 (D.C. Cir.); an opening brief due on February 22 in *Teradata Corp. v. SAP SE*, No. 22-1286 (Fed. Cir.); and oral argument the week of March 14 in *AK Futures LLC v. Boyd Street Distro, LLC*, No. 21-56133 (9th Cir.).

For these reasons, Plaintiffs-Appellants request that the Court grant an extension of time, to and including March 14, 2022, in which to file the opening brief.

Dated:  January 12, 2022                     Respectfully submitted,

NATALIE A. FLEMING NOLEN
MICHAEL F. QIAN
MORRISON & FOERSTER LLP
2100 L St., NW, Suite 900
Washington, DC 20037
Telephone:  202.887.1515

/s/  James R. Sigel
JAMES R. SIGEL
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  415.268.6948
JSigel@mofo.com

EMILY MARTIN
NEENA CHAUDHRY
SUNU CHANDY
SHIWALI G. PATEL
ELIZABETH TANG
NATIONAL WOMEN'S LAW CENTER
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Telephone:  202.588.5180

DIANE L. ROSENFELD
ATTORNEY AT LAW
6 Everett Street, Suite 3025
Cambridge, MA 02138
Telephone:  617.495.5257
rosenfeld@law.harvard.edu

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 316 words.

This motion complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface, including serifs, using Microsoft Word 2016 in Times New Roman 14-point font.

Dated:  January 12, 2022 /s/  James R. Sigel  
James R. Sigel

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system on January 12, 2022.

| | |
|---|---|
| Dated: January 12, 2022 | /s/ James R. Sigel |
| | James R. Sigel |