# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 21-1782

VICTIM RIGHTS LAW CENTER; EQUAL RIGHTS ADVOCATES; LEGAL VOICE; CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; JANE DOE, an individual by and through her mother and next friend MELISSA WHITE; ANNE DOE; SOBIA DOE; SUSAN DOE; JILL DOE; NANCY DOE; LISA DOE; MARY DOE,

*Plaintiffs-Appellants*,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Assistant Secretary for Civil Rights; U.S. DEPARTMENT OF EDUCATION,

*Defendants-Appellees*.

On Appeal from the United States District Court for the District of Massachusetts, No. 1:20-cv-11104-WGY, Hon. William G. Young

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

NATALIE A. FLEMING NOLEN
MICHAEL F. QIAN
MORRISON & FOERSTER LLP
2100 L St., NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1515

JAMES R. SIGEL
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.6948
JSigel@mofo.com

*Counsel for Plaintiffs-Appellants*
*Additional Counsel Listed on Inside Cover*

MARCH 4, 2022

EMILY MARTIN
NEENA CHAUDHRY
SUNU CHANDY
SHIWALI G. PATEL
ELIZABETH TANG
NATIONAL WOMEN'S LAW CENTER
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Telephone:  202.588.5180

DIANE L. ROSENFELD
ATTORNEY AT LAW
6 Everett Street, Suite 3025
Cambridge, MA 02138
Telephone:  617.495.5257

*Counsel for Plaintiffs- Appellants*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), the undersigned counsel for appellant Victim Rights Law Center certifies as follows: Victim Rights Law Center is a non-profit organization with no parent corporation and no stock.

The undersigned counsel for appellant Legal Voice certifies as follows: Legal Voice is a non-profit organization with no parent corporation and no stock.

The undersigned counsel for appellant Equal Rights Advocates certifies as follows: Equal Rights Advocates is a non-profit organization with no parent corporation and no stock.

The undersigned counsel for appellant Chicago Alliance Against Sexual Exploitation certifies as follows: Chicago Alliance Against Sexual Exploitation is a non-profit organization with no parent corporation and no stock.

Dated: March 4, 2022                       /s/ James R. Sigel
                                                                               James R. Sigel

Plaintiffs-Appellants Victim Rights Law Center, Equal Rights Advocates, Legal Voice, Chicago Alliance Against Sexual Exploitation, Jane Doe, an individual by and through her mother and next friend Melissa White, Anne Doe, Sobia Doe, Susan Doe, Jill Doe, Nancy Doe, Lisa Doe, and Mary Doe move under Federal Rules of Appellate Procedure 26(b) and 27 for a 45-day extension of time in which to file their opening brief, to and including Wednesday, April 28, 2022. Plaintiffs-Appellants' opening brief is currently due Monday, March 14, 2022. This is the second request for an extension of time to file Plaintiffs-Appellants' opening brief. Counsel for Defendants-Appellees Miguel Angel Cardona, in his official capacity as Secretary of Education, Suzanne B. Goldberg, in her official capacity as Assistant Secretary for Civil Rights, and U.S. Department of Education stated that they do not oppose the requested extension.

Good cause exists for the requested extension. Defendants-Appellees have filed a pending motion to hold the appeal in abeyance. Plaintiffs-Appellants seek this extension while the Court considers the motion, which will affect the merits briefing in this case if granted.

In addition, Counsel for Plaintiffs-Appellants had and have several other matters pending in this and other courts. Counsel currently have a response brief due March 11 in *LaFace v. Ralphs Grocery Co.*, No. B309721 (Cal. App. 2d. Dist.); oral argument on March 18 in *AK Futures LLC v. Boyd Street Distro, LLC*, No. 21-

56133 (9th Cir.); a response brief due April 12 in *National Abortion Federation v. Center for Medical Progress*, No. 21-15953 (9th Cir.); a response brief due April 13 in *National Abortion Federation v. Center for Medical Progress*, No. 21-15955 (9th Cir.); and an opening brief due April 18 in *Teradata Corp. v. SAP SE*, No 22-1286 (Fed. Cir.).

For these reasons, Plaintiffs-Appellants request that the Court grant an extension of time, to and including April 28, 2022, in which to file the opening brief.

Dated:  March 4, 2022                     Respectfully submitted,

|  |  |
|---|---|
|  | /s/  James R. Sigel |
| NATALIE A. FLEMING NOLEN | JAMES R. SIGEL |
| MICHAEL F. QIAN | MORRISON & FOERSTER LLP |
| MORRISON & FOERSTER LLP | 425 Market Street |
| 2100 L St., NW, Suite 900 | San Francisco, CA 94105 |
| Washington, DC 20037 | Telephone:  415.268.6948 |
| Telephone:  202.887.1515 | JSigel@mofo.com |
|  |  |
| EMILY MARTIN | DIANE L. ROSENFELD |
| NEENA CHAUDHRY | ATTORNEY AT LAW |
| SUNU CHANDY | 6 Everett Street, Suite 3025 |
| SHIWALI G. PATEL | Cambridge, MA 02138 |
| ELIZABETH TANG | Telephone:  617.495.5257 |
| NATIONAL WOMEN'S LAW CENTER | rosenfeld@law.harvard.edu |
| 11 Dupont Circle, NW, Suite 800 |  |
| Washington, DC 20036 |  |
| Telephone:  202.588.5180 |  |

*Counsel for Plaintiffs-Appellants*

# DECLARATION OF JAMES R. SIGEL IN SUPPORT OF APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

I, James R. Sigel, hereby declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law in the District of Columbia and the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Morrison & Foerster LLP, and counsel of record for Plaintiffs-Appellants Victim Rights Law Center, Equal Rights Advocates, Legal Voice, Chicago Alliance Against Sexual Exploitation, Jane Doe, an individual by and through her mother and next friend Melissa White, Anne Doe, Sobia Doe, Susan Doe, Jill Doe, Nancy Doe, Lisa Doe, and Mary Doe in this appeal. I make this declaration in support of Plaintiffs-Appellants' unopposed motion for a 45-day extension of time in which to file the opening brief, from Monday, March 14, 2022, to Wednesday, April 28, 2022.

2. All of the facts set out in the motion are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

Executed on this 4th day of March, 2022.

                                                /s/ James R. Sigel
                                                    James R. Sigel

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 317 words.

This motion complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface, including serifs, using Microsoft Word 2016 in Times New Roman 14-point font.

Dated:  March 4, 2022                                                      /s/  James R. Sigel
                                                                                          James R. Sigel

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system on March 4, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: March 4, 2022                                        /s/ James R. Sigel
                                                            James R. Sigel