IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| VICTIM RIGHTS LAW CENTER, et al.,<br>　　　Plaintiffs-Appellants,<br><br>　　　　v.<br><br>MIGUEL ANGEL CARDONA, in his official capacity as Secretary of the United States Department of Education, et al.,<br>　　　Defendants-Appellees. | No. 21-1782 |

**APPELLEES' STATUS REPORT**

On March 17, 2022, this Court granted appellees' unopposed motion to hold the above-captioned appeal in abeyance pending completion of the Department of Education's (Department) rulemaking in which the Department undertook a comprehensive review of the 2020 Final Rule, 85 Fed. Reg. 30,026 (May 19, 2020) ("2020 Rule"), which is at issue in this appeal, and which amended prior regulations to implement Title IX of the Education Amendments of 1972. The Court directed appellees to file a status report within 60 days and at 90-day intervals thereafter.

1. As set forth in appellees' May 2, 2024 status report, on April 29, 2024, the Department's 2024 Final Rule was published in the Federal Register. *See Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal*

*Financial Assistance*, 89 Fed. Reg. 33474 (April 29, 2024) ("2024 Final Rule").[1]

Appellees also reported that the 2024 Final Rule, which amends the 2020 Final Rule, would take effect on August 1, 2024. *See id.* The Department notes that following the May 2024 status report, a number of legal challenges to the 2024 Final Rule were filed in various district courts. These actions remain pending, and several courts have granted preliminary injunctions that prohibit the Department from enforcing the Rule within certain States and schools.[2]

    2.    On May 10, 2024, this Court issued an order directing appellees to "consult with the other parties to this appeal, and to inform the court in their next status report how they intend to proceed with respect to the appeal." May 10, 2024 Order, 1st Cir. No. 21-1782.

---

[1] https://www.govinfo.gov/content/pkg/FR-2024-04-29/pdf/2024-07915.pdf

[2] See *Tennessee v. Cardona*, No. 24-cv-72, 2024 WL 3019146 (E.D. Ky. June 17, 2024), *stay denied*, 6th Cir. No. 24-5588 (Jul. 17, 2024), *application for partial stay pending*, No. 24A79 (S. Ct. filed July 22, 2024); *Louisiana v. U.S. Dep't of Educ.*, No. 24-cv-563, 2024 WL 2978786 (W.D. La. June 17, 2024), *stay denied*, 5th Cir. No. 24-30399 (Jul. 17, 2024), *application for partial stay pending*, No. 24A78 (S. Ct. filed July 22, 2024); *Texas v. United States*, No. 24-cv-86, 2024 WL 3405342 (N.D. Tex. July 11, 2024) (granting preliminary injunction); *Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 24-cv-461, 2024 WL 3381901 (N.D. Tex. July 11, 2024) (same); *Arkansas v. U.S. Dep't of Educ.*, No. 24-cv-636 (E.D. Mo. July 24, 2024) (same); *Oklahoma v. Cardona*, No. 24-cv-461 (W.D. Okla. July 31, 2024) (same); *Kansas v. U.S. Dep't of Educ.*, No. 24-cv-4041 (D. Kan. July 2, 2024) (same), *appeal and partial stay motion pending*, No. 24-3097 (10th Cir. filed July 10, 2024); *but see Alabama v. Cardona*, No. 24-cv-533 (denying preliminary injunction) (N.D. Ala. July 30, 2024).

3. Pursuant to the Court's direction, counsel for appellees have consulted with counsel for appellants, who have informed us by email that their "view is that the appeal should likely be dismissed as moot." The Department will inform the Court and the parties of its position, if any, on any future motion filed by appellants regarding their appeal.

    Respectfully submitted,

    MELISSA N. PATTERSON
    *(202) 514-1201*
    /s/ Stephanie R. Marcus
    STEPHANIE R. MARCUS
    *(202) 514-1633*
    *Attorneys, Appellate Staff*
    Civil Division, Room 7539
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC  20530

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the foregoing status report with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Counsel of record are registered CM/ECF users, and I further certify that I electronically served the foregoing status report via the CM/ECF system on July 31, 2024.

/s/ Stephanie R. Marcus<br>
Stephanie R. Marcus