# United States Court of Appeals
## For the First Circuit

---

No. 21-1782

VICTIM RIGHTS LAW CENTER; EQUAL RIGHTS ADVOCATES; LEGAL VOICE; CHICAGO ALLIANCE AGAINST SEXUAL EXPLOITATION; JANE DOE, an individual by and through her mother and next friend Melissa White; ANNE DOE; SOBIA DOE; SUSAN DOE; JILL DOE; NANCY DOE; LISA DOE; MARY DOE,

Plaintiffs - Appellants,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of Education; SUZANNE B. GOLDBERG, in her official capacity as Acting Assistant Secretary for Civil Rights; US DEPARTMENT OF EDUCATION,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: August 1, 2024

The court is in receipt of appellees' status report, in which they inform us that the Department of Education's Final Rule will take effect on August 1, 2024, that various legal challenges have been filed to the rule, that several injunctions have been granted, and that appellants believe that the appeal should be dismissed as moot. In light of this information, these appeals will remain in abeyance pending receipt of any motions and responses the parties may file.

By the Court:

Maria R. Hamilton, Clerk

cc:
Emily Martin, Sunu P. Chandy, Diane Lisa Rosenfeld, Shiwali G. Patel, Elizabeth Tang, Oren McCleary Sellstrom, David Hinojosa, Donald Campbell Lockhart, Stephanie Robin Marcus, Melissa N. Patterson, Jennifer Mascott, Charles J. Cooper, Patrick N. Strawbridge, Brian W. Barnes, Nicole J. Moss, Cameron Thomas Norris, Alexa R. Baltes, Gregory Francis Noonan, Lauren A. Khouri, Linda Marie Correia, Matthew S. Shapanka, Trisha Beth Anderson, Carlton Eliot Forbes, Kenneth B. Walton, Kathleen T. Hunker, Andrew T. Miltenberg, Tara Jill Davis, James Reid Sigel, Michael Qian